```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
LAWRENCE HENSON,                    :

                Plaintiff,          :       ORDER

        -against-                   :       09 Civ. 206 (BSJ)(MHD)

AIR CANADA,                         :

                Defendant.          :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

3/16/09

A conference having been held with counsel for the respective parties today,

It is hereby **ORDERED** as follows:

1. The parties are to serve their initial disclosures by no later than **FRIDAY, MARCH 27, 2009.**

2. All fact discovery is to be completed by **TUESDAY, JUNE 30, 2009.**

3. Plaintiff is to designate expert(s), if any, and provide expert reports, if any, by **TUESDAY, JULY 7, 2008.** Defendant is to

provide the equivalent information by **TUESDAY, JULY 21, 2009**. All expert discovery is to be completed by **FRIDAY, JULY 31, 2009**.

4. The parties are to submit a joint pre-trial order by **MONDAY, AUGUST 31, 2009**, unless a potentially dispositive motion has been served by that date.

**DATED:**  New York, New York
March 16, 2009

SO ORDERED.

_____
**MICHAEL H. DOLINGER**
**UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent this date to:

Andrew J Harakas, Esq.
Clyde & Co US LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174


Craig D. Holland, Esq.
Agoglia, Holland & Agoglia, P.C.
500 North Broadway, Suite 237
Jericho, New York 11753